UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x   10-CV-3378 (ARR)

EGLON BASCOM,                                                  **ORDER**

                Plaintiff,                   NOT FOR PRINT OR
   -v-                                                        ELECTRONIC
                                                      PUBLICATION

THE BROOKDALE HOSPITAL,

                Defendant.
------------------------------------------------------------x
ROSS, United States District Judge:

On July 22, 2010, plaintiff proceeding *pro se*, filed a complaint along with an order to show cause for a preliminary injunction seeking reinstatement into Brookdale Hospital's medical residency program as a third year Chief Medical Resident and resident housing. See Affirmation in Support of Preliminary Injunction.

Because plaintiff has neither demonstrated a likelihood of success on the merits, nor made a showing of irreparable harm, plaintiff's request for a preliminary injunction is denied. The Court will continue to review plaintiff's underlying complaint.[1]

       SO ORDERED.

                                            /Signed by Judge Ross/

                                          ALLYNE R. ROSS
                                          United States District Judge

Dated: Brooklyn, New York
       July 22, 2010

---

[1] Plaintiff has been repeatedly warned about filing frivolous actions and abusing the Court system. See Bascom v. Brookdale Hospital, 10 CV 2350 (ARR) (order dated June 15, 2010, denying plaintiff's request for a temporary restraining order and preliminary injunction, dismissing plaintiff's complaint as malicious and warning plaintiff that if he continues to file frivolous actions he will be barred from commencing future actions without prior Court approval); Bascom v. Brookdale Hospital, 10 CV 3052 (ARR) (order dated June 6, 2010, denying plaintiff's request for a temporary restraining order and preliminary injunction, dismissing plaintiff's complaint as malicious and warning plaintiff that if he continues to file frivolous actions he will be barred from commencing future actions without prior Court approval).

Service List:

<u>Plaintiff (pro se)</u>:

Eglon Bascom
636 East 34th Street
Brooklyn, NY 11203


<u>Defendant</u>:

Mark S. Mancher
Jackson Lewis, LLP
58 South Service Road, Suite 410
Melville, NY 11747